UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISSA LESCAY, | Civ. No. 18-cv-10818 (JGK) |
| Plaintiff, | |
| v. | |
| UNIQUE PEOPLE SERVICES, INC., | |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT
**PURSUANT TO FED. R. CIV. P. 7.1 OF DEFENDANT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Unique People Services, Inc., certifies that it is a private, non-profit, non-governmental entity and has no stocks.

Dated: April 16, 2019

                    Respectfully submitted,

                    */s/ Ivan D. Smith*
                    Ivan D. Smith, Esq.
                    BUCHANAN INGERSOLL & ROONEY PC
                    640 Fifth Avenue, 9th Floor
                    New York, NY  10019-6102
                    Tel: (212) 440 – 4400
                    ivan.smith@bipc.com
                    *Attorney for Defendant*

4819-6401-2432, v. 1